AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 26-cr-3-BAH |
| Nicholas G. Moore ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                              .

Date:   01/12/2026

*Attorney's signature*

John W. Borchert (D.C. Bar No. 472824)
*Printed name and bar number*
Fraud, Public Corruption & Civil Rights Section
601 D Street NW
Washington, D.C. 20530

*Address*

john.borchert@usdoj.gov
*E-mail address*

(202) 252-7679
*Telephone number*

*FAX number*