UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | |
| ) | No. 26-cr-00003-BAH |
| **NICHOLAS MOORE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NICHOLAS MOORE'S MOTION TO CONDUCT SENTENCING BY VIDEO

Nicholas Moore hereby moves this Honorable Court to conduct his Change of Plea Hearing on January 16, 2026, by video.  In support of his Motion Mr. Moore states:

1. On January 8, 2026, the Government filed a one-count information charging Mr. Moore with Fraud Activity Connected with Computers in violation of 18 U.S.C. §1030 (a)(2). This information was filed in anticipation of a plea agreement between the parties.

2. Mr. Moore is a 24 year old man with no criminal record who resides in Springfield, Tennessee with his parents.  He does not have a car, does not drive and does not work because of mental health disabilities that have debilitated him since his childhood.  He is indigent and receives disability and travel to Washington D.C., particularly without significant advanced notice, would be difficult if not impossible to accomplish.

3. Mr. Moore has agreed to plead guilty to a Class A misdemeanor.

1

4. Mr. Moore wishes to have his Change of Plea Hearing by video. Under Federal Rule of Criminal Procedure 43(b)(2), participation by video teleconference "is permitted only when the defendant has consented in writing and received the court's permission."

5. Mr. Moore's consent is attached to this Motion.

6. The government consents to the relief sought in this Motion.

## **CONCLUSION**

For the reasons stated above, Mr. Moore respectfully requests that the Court permit him to appear for his Change of Plea hearing by videoconference in this case.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Eugene_ohm@fd.org