UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | No. 26-cr-00003-BAH |
| **NICHOLAS MOORE** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

ORDER

Upon consideration of the Defendant's Motion to Conduct Change of Plea Hearing by Video, the Defendant's Motion is GRANTED; it is further

Ordered that the January 16, 2026 hearing in this case will be conducted by videoconference.

Date: _____

_____
The Honorable Beryl Howell
United States District Court for the
District of Columbia

3